COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
NEAL J. STEPHENS (152071) (nstephens@cooley.com)
EINAT SANDMAN (234776) (esandman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
KENT H. ROBERTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENT H. ROBERTS,<br><br>Defendant. | Case No. CR 07-0100 MHP (JCS)<br><br>**JOINT STIPULATION RE BOND PROVISIONS AND [Proposed] ORDER**<br><br>Courtroom: A, 15th Floor<br>Magistrate Judge: Joseph C. Spero<br><br>Trial Date: Not yet set |

On March 29, 2006, this Court conducted a hearing regarding the status of Mr. Roberts' bond. The Court indicated that Mr. Roberts could either (a) have a third party co-sign on a $1 million unsecured bond or (b) secure a $1 million bond with $200,000 in equity from real property. The Court instructed the parties to meet and confer on this issue.

Counsel for the United States of America and Kent Roberts have met and conferred and reached the following agreements regarding modifying the initial bond (which is attached), subject to the approval of the Court.

1.  Mr. Roberts will have third parties co-sign a $1 million unsecured bond. Mr. Roberts' spouse, Susan, will also co-sign on the bond. There is no requirement to post any property. The third parties are Mr. Mark Shank and Mr. and Mrs. John and Sarah Seddlemeyer. Mr. Shank and Mr. Seddlemeyer have already been interviewed by Pre-Trial Services. The

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

751617 v4/PA

JOINT STIPULATON RE BOND
AND [Proposed] ORDER
CASE NO. C07-100 MHP (JCS)

government agrees that Mr. Shank and Mr. and Mrs. Seddlemeyer are acceptable sureties and does not request that Mrs. Seddlemeyer be interviewed by Pre-Trial Services. Mr. Shank, the Seddlemeyers and Mrs. Roberts all reside near Dallas, Texas so they may sign the bond documentation in federal court in Dallas, Texas in a timely manner. The hearing before this Court currently set for April 27, 2007 is hereby continued to May 18, 2007 at ~~9:30 a.m.~~ 10:30 AM to allow the parties sufficient time to sign the bond documents in Dallas.

2. Mr. Shank and the Seddlemeyers will each be responsible for up to 50% of the bond amount ($500,000), but they will not be jointly and severally liable for the entire $1 million in the event that Mr. Roberts fails to obey the conditions of his release. In addition, nothing in this agreement prevents the government from seeking the entire $1 million from Mr. or Mrs. Roberts, as opposed to seeking $500,000 from Mr. Shank and the Seddlemeyers, in the event that Mr. Roberts fails to obey the conditions of his release.

3. The defendant shall not participate as a financial officer for any business or corporation, overseeing the transaction of stocks or options, or file any forms with the United States Securities and Exchange Committee (SEC) for transactions other than those relating to his own personal finances.

4. The remaining conditions of Mr. Roberts' release remain in place, namely

(a) Mr. Roberts shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed;

(b) Mr. Roberts shall not commit any federal, state, or local crime;

(c) Mr. Roberts shall not harass, threaten, intimidate, injure, tamper with or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation;

(d) Mr. Roberts shall not travel outside the continental United States;

(e) Mr. Roberts has surrendered his passport to the Clerk of Court and shall not apply for any passport or other travel documents;

(f) Mr. Roberts shall not change residence without prior approval of Pretrial Services; and

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

751617 v4/PA

2.

JOINT STIPULATION RE BOND
AND [~~PROPOSED~~] ORDER
CASE NO. C07-100 MHP (JCS)

      (g)    Mr. Roberts shall continue to report to Pre-Trial Services as directed by either Pre-Trial Services in San Francisco or Dallas.

**IT IS SO STIPULATED.**

Dated: April 19, 2007        OFFICE OF THE UNITED STATES ATTORNEY
NORTHERN DISTRICT OF CALIFORNIA

/s/
TIMOTHY LUCEY (172332)
ASSISTANT UNITED STATES ATTORNEY

Dated: April 19, 2007        COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085)
NEAL J. STEPHENS (152071)
EINAT SANDMAN (234776)

/s/
NEAL J. STEPHENS (152071)
ATTORNEYS FOR DEFENDANT
KENT ROBERTS

**I AGREE TO ABIDE BY THE MODIFICATIONS OF THE TERMS OF MY BOND AS SET FORTH ABOVE.**

Dated: 23 April 2007        /s/ Kent H Roberts
KENT ROBERTS

**IT IS SO ORDERED.**

Dated: April 25, 2007        MAGISTRATE JUDGE JOSEPH C. SPERO

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" — Judge Joseph C. Spero]*