UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07 - 0100 MHP |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER |
| vs. | ) ) | |
| KENT H. ROBERTS, | ) ) | |
| Defendants. | ) ) | |

WHEREAS, the parties are currently scheduled to appear for status hearing on Monday, May 21, 2007, at 10:00 a.m. before this Court;

WHEREAS, the United States has produced to the defense six CD-ROMs containing over 10,000 pages of documents along with additional paper-based discovery; the United States is also proceeding with the reproduction and coding of additional documents provided by third-party accounting firms;

WHEREAS, the defense has begun in earnest its review of the material provided by the United States and has raised some questions in regard to the manner in which the electronic-based discovery was compiled and coded; the United States is currently following up with the law firm of Wilson, Sonsini who originally gathered and produced the documents to the United States in its

Stipulation and Order
*United States v. Roberts.*
[CR 07 - 0100 MHP]

1  role as counsel to Mr. Roberts' prior employer, Networks Associates/McAfee;

2      WHEREAS, counsel for the United States is now scheduled to be out of the District on

3  Monday, May 21, 2007;

4      WHEREAS, counsel for both parties agree that a short continuance of this matter will

5  permit the United States to substantially complete its discovery obligations to the defense as well

6  as provide the defense with sufficient time to review the material prior to returning to Court for a

7  status conference to set further dates and proceedings in this matter;

8      WHEREAS, the Court previously determined this case to be complex, such that the ends of

9  justice served by granting the continuance outweigh the best interest of the public and the

10  defendant in a speedy trial and the Court therefore tolled the Speedy Trial Clock, pursuant to

11  18 U.S.C. §§ 3161(h)(8)(A), (B)(ii), from March 5, 2007 until May 21, 2007;

12      WHEREAS, the parties are in agreement that given the United States' ongoing production

13  of discovery to the defense as well as the need for the defense to review the large amount of

14  material already produced, it is appropriate to exclude time based not only on complexity under

15  section 3161 (h)(8)(A),(B)(ii), but also on the need for effective preparation of counsel, such that

16  the ends of justice served by granting the continuance outweigh the best interest of the public and

17  the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv);

18      **THEREFORE**, the parties mutually agree, stipulate, and request that the matter be

19  continued for status until **Monday, June 4, 2007, at 10:00 a.m.** before this Court, with time

20  excluded under the Speedy Trial Clock between May 21, 2007 and June 4, 2007, based on

21  complexity of the matter, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(ii) as well as the need for

22  effective preparation of counsel, such that the ends of justice served by granting the continuance

23  outweigh the best interest of the public and the defendant in a speedy trial, pursuant to

24  18 U.S.C. §§ 3161(h)(8)(A), (B)(iv).

25  ////

26  ////

27  ////

28

Stipulation and Order
*United States v. Roberts.*
[CR 07 - 0100 MHP]                                                      - 2 -

Finally, consistent with the Court's prior request to the parties, the parties will prepare and file a joint case management statement in advance of the status conference hearing and no later than May 29, 2007.

**IT IS SO STIPULATED.**

                                  SCOTT N. SCHOOLS
                                  UNITED STATES ATTORNEY

DATED: May 7, 2007          /S/ Timothy J. Lucey
                                  TIMOTHY J. LUCEY
                                  Assistant United States Attorney

                                  COOLEY GODWARD KRONISH LLP

DATED: May 7, 2007          /S/ Neal Stephens
                                  NEAL STEPHENS, ESQ.
                                  Attorney for Defendant KENT H. ROBERTS

**IT IS SO ORDERED.**

**DATED:** _May 15, 2007_                 _____
                                  **HONORABLE MARILYN H. PATEL**
                                  United States District Judge

*(Stamp: IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California)*