

Neal J. Stephens
(650) 843-5442
nstephens@cooley.com

May 16, 2007

Karen L. Hom
Clerk of the Court for the Hon. Magistrate-Judge Spero
USDC Northern District
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, California  94102

**RE:   United States of America v. Kent H. Roberts**
       **Case No:  CR 07 – 0100 MHP**

Dear Karen:

To follow-up on our conversation, this will confirm that the parties agree that we can take the hearing regarding bond status, currently set for Friday, May 18, off-calendar because the third party sureties have signed the bond documents.

Please let us know if you have any questions.

Respectfully submitted,

Dated:  May 16, 2007           UNITED STATES ATTORNEY

                               _____/s/_____
                               LAUREL BEELER
                               Assistant United States Attorney

Dated:  May 16, 2007           COOLEY GODWARD KRONISH LLP

                               _____/s/_____
                               NEAL STEPHENS
Dated:  May 17, 2007           Attorney for Defendant Kent Roberts



753312 v1/PA

FIVE PALO ALTO SQUARE, 3000 EL CAMINO REAL, PALO ALTO, CA 94306-2155  T: (650) 843-5000  F: (650) 857-0663  WWW.COOLEY.COM