UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 07 0100 MHP |
| Plaintiff, | |
| v. | STIPULATION AND ORDER <s>(Proposed)</s> |
| KENT H. ROBERTS, | |
| Defendant. | |

With the agreement of the parties in open court on March 5, 2007, the Court set the case for further status on May 21, 2007, at 10 a.m., and excluded time under the Speedy Trial Act from March 5, 2007, to May 21, 2007. Specifically, the Court found and held as follows:

1. Roberts has been charged in the seven-count indictment with mail and wire fraud in violation of 18 U.S.C. §§ 1341,1343 and 1346, false SEC filings in violation of 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5, and falsifying books, records and accounts in violation of 15 U.S.C. §§ 78m((b)(2)(A), 78m(b)(5) and 78ff and 17 C.F.R. § 240.13b2-1. He is free on a secured bond.

2. The parties agreed, and the Court found and held, that failing to grant a continuance until May 21, 2007, would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, particularly given the defense's need to obtain and review discovery in the case. See 18 U.S.C. § 3161(h)(8)(B)(iv).

STIPULATION AND ORDER (CR 07 100 MHP)

1 | The parties agreed, and the Court found and held, that the case is a complicated fraud scheme
2 | with substantial evidence, both paper and electronic, and that thus "the case is so unusual or so
3 | complex, due to . . . the nature of the prosecution, or the existence of novel questions of fact or
4 | law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial
5 | itself within the time limits established" by the Speedy Trial Act. See 18 U.S.C. §
6 | 3161(h)(8)(B)(ii). Finally, the parties agreed, and the Court found and held, that the ends of
7 | justice served by excluding the period from March 5, 2007, to May 21, 2007, outweighed the best
8 | interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).

    4. Accordingly, the Court excludes time under the Speedy Trial Act from March 5, 2007, to May 21, 2007. See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO ORDERED.

DATED: July 17, 2007

                        MARILYN HALL PATEL
                        United States District Judge

STIPULATED:

DATED: July 14, 2007      /S/ Neal Stephens
                        NEAL STEPHENS
                        Attorney for KENT H. ROBERTS

DATED: July 14, 2007      /S/ Laurel Beeler
                        LAUREL BEELER
                        TIMOTHY J. LUCEY
                        Assistant United States Attorneys

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel (signed)]*