1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA,              )      No.: CR 07 0100 MHP
                                            )
12          Plaintiff,                      )
                                            )      JOINT REQUEST FOR NEW
13          v.                              )      DATE AND ORDER (Proposed)
                                            )
14   KENT H. ROBERTS,                       )
                                            )
15          Defendant.                      )
     _____)

16

17      The trial date in this case is set for April 15, 2008, and the Court set a status date of

18   November 19, 2007, at 11 a.m.  Because the government has a conflict with the November 19,

19   2007, date, and because the parties currently have no matters to address with the Court, the

20   parties jointly ask the Court to vacate the November 19 hearing and reset it for December 10,

21   2007, which is the status date in the civil case.  The civil hearing is at 4 p.m.  The parties are can

22   appear either at 3:30 p.m. or at the Court's regular calendar at 11 a.m.

23   STIPULATED:

24   DATED:_____              _____/s_____
                                         NEAL STEPHENS
25                                       Attorney for KENT H. ROBERTS

26   DATED:_____              _____/s_____
                                         LAUREL BEELER
27                                       TIMOTHY J. LUCEY
                                         Assistant United States Attorneys
28

REQUEST AND ORDER (CR 07 100 MHP)

1    For good cause shown, the status date of November 19, 2007, at 11 a.m. is vacated, and the

2    case is set for Monday, December 10, 2007 at __10:00 a.m.__.

3    IT IS SO ORDERED.

4    DATED:__11/19/2007_____    _____

5    MARILYN HALL PATEL
     United States District Judge



IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA