UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 07 0100 MHP |
| Plaintiff, | ) | |
| v. | ) | JOINT REQUEST FOR NEW DATE AND ORDER (~~Proposed~~) |
| KENT H. ROBERTS, | ) | |
| Defendant. | ) | |

The trial date in this case is set for April 15, 2008, and the Court set a status date of January, 28, 2008, at 11 a.m. The parties currently have no matters to address with the Court, and they are working together to resolve miscellaneous discovery matters. Accordingly, the parties jointly ask the Court to vacate the January 28, 2008, status date and reset it for February 25, 2008, at 11 a.m. The parties will file a status statement before that date regarding future dates.

STIPULATED:

DATED: January 23, 2008         /s/
                                NEAL STEPHENS
                                Attorney for KENT H. ROBERTS

DATED: January 23, 2008         /s/
                                LAUREL BEELER
                                TIMOTHY J. LUCEY
                                Assistant United States Attorneys

For good cause shown, the status date of January 28, 2008, at 11 a.m. is vacated, and the case

REQUEST AND ORDER (CR 07 100 MHP)

1 | is set for February 25, 2008, at 11 a.m.
2 | IT IS SO ORDERED.
3 | DATED: 1/24/2008

_____
MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court*
*Northern District of California*