**FILED**

OCT - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0100 MHP |
| Plaintiff, | ) | **Verdict Form** |
| v. | ) | |
| KENT H. ROBERTS, | ) | |
| Defendant. | ) | |

VERDICT (CR 07-0100 MHP)

We, the members of the jury in the above-entitled action, find the defendant, Kent H. Roberts:

**COUNT ONE (Mail Fraud)**

1(a).   On the charge of mail fraud set forth in Count One of the indictment in connection with a scheme or plan to obtain money or property by making false promises or statements:

    __✗__   NOT GUILTY

    _____   GUILTY, with all of us agreeing on at least one particular false promise or statement that was made as follows:

_____

_____

_____

1(b).   On the charge of mail fraud set forth in Count One of the indictment in connection with a scheme to deprive Network Associates/McAfee and its shareholders of the right to honest services:

    _____   NOT GUILTY

    _____   GUILTY, with all of us agreeing on at least one particular false promise or statement that was made as follows:

_____

_____

_____

VERDICT (CR 07-0100 MHP)

**COUNT TWO (Mail Fraud)**

2(a).   On the charge of mail fraud set forth in Count Two of the indictment in connection with a scheme or plan to obtain money or property by making false promises or statements:

　　　　___X___   NOT GUILTY

　　　　_____   GUILTY, with all of us agreeing on at least one particular false promise or statement that was made as follows:

_____

_____

_____

2(b).   On the charge of mail fraud set forth in Count Two of the indictment in connection with a scheme to deprive Network Associates/McAfee and its shareholders of the right to honest services:

　　　　_____   NOT GUILTY

　　　　_____   GUILTY, with all of us agreeing on at least one particular false promise or statement that was made as follows:

_____

_____

_____

VERDICT (CR 07-0100 MHP)　　　　　　　2

## COUNT THREE (False Books and Records)

3. On the charge of falsifying books, records, and accounts as set forth in Count Three of the indictment:

_____   NOT GUILTY

_____   GUILTY, with all of us agreeing on at least one particular false book, record or account falsified between January 2002 and April 2004:

_____

_____

_____

DATED: 10-3-08                                     [signature]
                                                   Foreperson

VERDICT (CR 07-0100 MHP)                    3