1  DAVID L. ANDERSON (CSBN 149604)
   Acting United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  LAUREL BEELER (CSBN 187656)
   TIMOTHY J. LUCEY (CSBN 172332)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
7       Telephone: (415) 436-6765/7152
        Facsimile:   (415) 436-7234
8       E-mail:      laurel.beeler@usdoj.gov
                     timothy.lucey@usdoj.gov
9
   Attorneys for Plaintiff
10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,         )   Criminal No.: CR 07 100 MHP
                                      )
15         Plaintiff,                 )
                                      )   NOTICE OF DISMISSAL
16         v.                         )
                                      )
17  KENT H. ROBERTS,                  )
                                      )
18         Defendants.                )
                                      )
19

20      With leave of the Court, the United States Attorney for the Northern District of California

21  dismisses the remaining counts of the above indictment with prejudice: counts one and two

22  (charging mail fraud on an honest services theory in violation of 18 U.S.C. §§ 1341 and 1346)

23  and count three (charging falsifying books and records in violation of 15 U.S.C. §§

24  78m(b)(2)(A), 78m(b)(5) and 78ff and 17 C.F.R. § 240.13b2-1). See Fed. R. Crim. P. 48(a).

    10 - 6 - 08
25  DATE                                 BRIAN J. STRETCH
                                         Chief, Criminal Division
26
       Leave is granted to dismiss counts one, two and three of the indictment with prejudice.
27
   IT IS SO ORDERED.
28

   MARILYN HALL PATEL
   United States District Judge

   NOTICE OF DISMISSAL (CR 07 100 MHP)